ORIGINAL

ROBERT S. HOLLAND    #4238
900 Fort Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: 538-7434
Facsimile: 538-3189

Attorney for Plaintiff

LODGED

APR 0 4 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 9 2007

at 12 o'clock and 00 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| SAM KASSAB and AKRAM SEMAAN, | ) Case No: MS00-00187 SOM LEK |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) PLAINTIFF'S EX PARTE |
| vs. | ) MOTION FOR ORDER FOR |
| | ) EXAMINATION OF JUDGMENT |
| DAVID MARANTETTE, III, | ) DEBTOR; DECLARATION |
| | ) OF ROBERT S. HOLLAND; |
| Defendant, | ) ORDER FOR EXAMINATION OF |
| | ) OF JUDGMENT DEBTOR |
| | ) |
| | ) DATE: 5/21/07 |
| | ) TIME: 9:30 an |
| | ) JUDGE: Leslie E. Kobayashi |
| | ) |

**PLAINTIFF'S EX PARTE MOTION FOR ORDER FOR
EXAMINATION OF JUDGMENT DEBTOR**

Comes now Plaintiff above named, by its attorney, and hereby moves this Honorable Court

that an Order be made and entered herein, citing and summoning David Marantette, III, Judgment

Debtor, to be and appear before your Honor in your courtroom for examination as to any and all

property the Defendant/Judgment Debtor owns or has an interest in and what debts are owing the

Defendant/Judgment Debtor, and that Judgment/Debtor bring all books, papers and documents

Judgment/Debtor has, showing or tending to show what property the Defendant/Judgment Debtor

owns or has an interest in and what debts are owing; and that Judgment/Debtor bring the following

documents, as provided by law: a list of the current accounts receivable for the Defendant/Judgment

Debtor; current bank statements for all bank accounts of the Judgment Debtor, federal and state

income tax returns for Judgment Debtor from the year 2000 to present; any and all documentation

regarding any and all assets of the Defendant/Judgment Debtor that are secured to a third party.

This Ex Parte Motion is based upon the provisions of Section 636-4, Hawaii Revised

Statutes.

DATED: Honolulu, Hawaii, _____4/3/07_____.

ROBERT S. HOLLAND
Attorney for Plaintiff