UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAM KASSAB and AKRAM SEMAAN, | ) | Case No.: MS00-00187 SOM LEK |
| Plaintiff, | ) ) ) | DECLARATION OF ROBERT S. HOLLAND; |
| vs. | ) ) | |
| DAVID MARANTETTE, III, | ) ) | |
| Defendant. | ) ) | |

## **DECLARATION OF ROBERT S. HOLLAND**

ROBERT S. HOLLAND declares as follows:

1. That he is the attorney for Plaintiff herein, licensed to practice law in the above entitled court.

2. That on December 4, 2000 Certification for Judgment for Registration in Another District was entered in favor of Plaintiff and against Defendant Above named in the United States District Court, District of Hawaii for the total judgment sum of $96,000.00.

3. That post-judgment interest shall not be accrued on pre-judgment interest; and

4. That said judgment has not been appealed from, reversed, modified, set aside or satisfied, and still remains in full force and effect;

5. Under penalty of law, Declarant declares the above to be true and correct.

DATED Honolulu, Hawaii _____

ROBERT S. HOLLAND