UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| SAM KASSAB and AKRAM SEMAAN, ) | Case No.: MS00-00187 SOM LEK |
| ) | |
| Plaintiff, ) | ORDER FOR EXAMINATION |
| ) | OF JUDGMENT DEBTOR |
| vs. ) | |
| ) | |
| DAVID MARANTETTE, III, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR EXAMINATION OF JUDGMENT DEBTOR

THE STATE OF HAWAII

    TO:   David Marantette
            3647 Kaweonui Road
            Princeville, Hawaii 96722

           Judgment Debtor

On Ex Parte Motion of the above-named Plaintiff, and upon the showing made, IT IS HEREBY ORDERED that you, the above-named person be and appear before the Honorable _Leslie E. Kobayashi_, Judge of the above-entitled Court, in her/his courtroom in the United States District Court, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Room C-338, Honolulu, Hawaii 96850, at _9:30_ o'clock _A_.M., on _5/21_, 2007, then and there to be examined as to any and all property the Defendant/Judgment Debtor owns or has an interest in and what debts are owing the Defendant/Judgment Debtor, and that you bring all books, papers and documents you have, showing or tending to show what property the Defendant/Judgment Debtor owns or has an interest in and

what debts are owing; and that you bring the following documents, as provided by law: a list of any current accounts receivable for the Defendant/Judgment Debtor; current bank statements for all bank accounts of the Judgment Debtor; federal and state income tax returns for Judgment Debtor from the year 2000 to present; any and all documentation regarding any and all assets of the Defendant/Judgment Debtor that are secured to a third party.

DATED: Honolulu, Hawaii, 4/6/07.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

SAM KASSAB and AKRAM SEMAAN vs. DAVID MARANTETTE, III, Case No. MS00-00187 SOM LEK, United States District Court, District of Hawaii
"Order For Examination of Judgment Debtor"