ROBERT S. HOLLAND    #4238
900 Fort Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: 538-7434
Facsimile: 538-3189

Attorney for Plaintiff

LODGED

MAY 2 3 20__

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 0 2007

at 10 o'clock and 30 min A_M
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| SAM KASSAB AND AKRAM SEMAAN, )<br><br>Plaintiff, )<br><br>vs. )<br><br>DAVID MARANTETTE, III, )<br><br><br>Defendant. )<br>_____ ) | Case No: MS00-00187 SOM LEK<br>(Foreign Judgment)<br><br>FIRST AMENDED ORDER<br>FOR ORDER FOR<br>EXAMINATION OF<br>JUDGMENT DEBTOR<br><br>DATE:   5/21/07<br>TIME:   9:30 AM<br>JUDGE: Leslie E. Kobayashi |

FIRST AMENDED ORDER FOR EXAMINATION OF JUDGMENT DEBTOR

TO:    DAVID MARANTETTE, III
        3647 Kaweonui Road
        Princeville, Hawaii 96722

        Judgment Debtor

        WHEREAS, Plaintiff SAM KASSAB AND AKRAM SEMAAN filed his Ex Parte

Motion for Order for Examination of Person With Knowledge of Judgment Debtor on April 9, 2007;

and that DAVID MARANTETTE, III, Judgment Debtor, be and appear before the Honorable Leslie

E. Kobayashi on May 21, 2007 at 9:30 a.m.;

        WHEREAS, said Order was not able to be served by M&P Legal Support Services, LLC

within the time allowed;

IT IS FURTHER ORDERED that you, the above-named person  be and appear before the

Honorable _Leslie E. Kobayashi_ *Magistrate* Judge of the above-entitled Court, in his/her courtroom in the

United States District Court, District of Hawaii, United States Courthouse, 300 Ala Moana

Boulevard, Room C-338, Honolulu, Hawaii 96850 at _10:30_ o'clock _A_ .M., on

_____, _7 / 30_ , 2007, then and there to be examined as to any and all

property the Defendant/Judgment Debtor owns or has an interest in and what debts are owing the

Defendant/Judgment Debtor, and that you bring all books, papers and documents you have, showing

or tending to show what property the Defendant/Judgment Debtor owns or has an interest in and

what debts are owing; and that you bring the following documents, as provided by law: federal and

state income tax returns for Judgment Debtor from the year 2000 to present; any and all

documentation regarding any and all assets of the Defendant/Judgment Debtor that are secured to

a third party.

This Order shall be void and of no effect if it is not served on or before

_____N./A_____, 2007.

DATED:  Honolulu, Hawaii, _5/29/67_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT