ROBERT S. HOLLAND    #4238
Suite 1600, 900 Fort Street
Honolulu, Hawaii 96813
Telephone No. 538-7434

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| SAM KASSAB and AKRAM SEMAAN,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MARANTETTE, III,<br><br>Defendant. | Civil No. MS00-00187 SOM LEK<br>(Contract)<br><br>WITHDRAWAL OF PLAINTIFFS FIRST AMENDED ORDER FOR ORDER FOR EXAMINATION OF JUDGMENT DEBTOR; CERTIFICATE OF SERVICE<br><br>DATE: July 30, 2007<br>TIME: 10:30 am<br>JUDGE: LESLIE E. KOBAYASHI |

**WITHDRAWAL OF PLAINTIFFS FIRST AMENDED ORDER
FOR ORDER FOR EXAMINATION OF JUDGMENT DEBTOR**

COMES NOW, Plaintiffs SAM KASSAB and AKRAM SEMAAN, by and through their attorney, Robert S. Holland, and hereby withdraws their First Amended Order for Order for Examination of Judgment Debtor, filed on May 30, 2007.

DATED: Honolulu, Hawaii, 7/23/07

ROBERT S. HOLLAND

UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| SAM KASSAB and AKRAM SEMAAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID MARANTETTE, III,<br><br>　　　　Defendant. | Civil No. MS00-00187 SOM LEK<br>(Contract)<br><br>CERTIFICATE OF SERVICE RE:<br>WITHDRAWAL OF PLAINTIFFS<br>FIRST AMENDED ORDER FOR<br>ORDER FOR EXAMINATION OF<br>JUDGMENT DEBTOR filed May 30, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that on ___7/23/07___ a copy of the foregoing was served on the following parties by regular U.S. mail, postage pre-paid, at the last known addresses as listed below:

DAVID MARANTETTE, III,
3647 Kaweonui Road
Princeville, Hawaii  96722

Defendant

DATED: Honolulu, Hawaii, ___7/23/07___

_____
ROBERT S. HOLLAND